AO91 (Rev. 12/03) Criminal Complaint **FELONY**

United States Courts
Southern District of Texas
FILED

## UNITED STATES DISTRICT COURT

*March 04, 2025*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Ruben GUEVARA-Alamillo
A205 079 122 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-180

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 03, 2025__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting a traffic stop near Brownsville, Texas on March 03, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 28, 2011. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,594.00 U.S. currency at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Guzman, Carlos   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

March 04, 2025     at     Brownsville, Texas
Date                          City/State

Ignacio Torteya III     U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge